## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Delrose N. Irving aka Delrose Irving,<br><br>                Debtor | Chapter 13<br><br>Case No.: 11-10406-mdc |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5,<br>                Movant,<br>vs.<br>Delrose N. Irving aka Delrose Irving,<br>                Debtor / Respondent,<br>and<br>William C. Miller,<br>                Trustee / Respondent. | |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 8, 2016 with regard to the above matter is APPROVED.

_____  8/11/16

Hon. Magdeline D. Coleman, U.S.B.J.

200763-1