United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Delrose N. Irving
      Debtor

Case No. 11-10406-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2      Date Rcvd: Aug 11, 2016
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db          +Delrose N. Irving,   1100 Fanshawe Street,   Philadelphia, PA 19111-4936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
     ALEXANDRA T. GARCIA   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
   for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
     AMY JEAN GLASS   on behalf of Creditor   Ocwen Loan Servicing, LLC aglass2769@yahoo.com
     ANDREW SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
     ANDREW F GORNALL   on behalf of Creditor   Deutsche Bank National Trust Company, et al...
   agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
     ANN E. SWARTZ   on behalf of Creditor   Deutsche Bank National Trust Company, et al...
   ecfmail@mwc-law.com,   ecfmail@mwc-law.com
     CELINE P. DERKRIKORIAN   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
   for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
     CHANDRA M. ARKEMA   on behalf of Creditor   Ocwen Loan Servicing, LLC pabk@logs.com
     ELANA BROOKE FLEHINGER   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The
   Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase
   Bank, National Association, as Trustee for C-BASS mortgage cblack@udren.com
     ELANA BROOKE FLEHINGER   on behalf of Creditor   Ocwen Loan Servicing, LLC cblack@udren.com
     ELANA BROOKE FLEHINGER   on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for The Bank
   of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank,
   National Association, as Trustee for C-BASS Mortgage Loan cblack@udren.com
     HEATHER STACEY RILOFF   on behalf of Creditor   Ocwen Loan Servicing, LLC heather@mvrlaw.com,
   Diane@mvrlaw.com
     HILARY B. BONIAL   on behalf of Creditor   Wells Fargo Bank, N.A. hbonial@nbsdefaultservices.com,
   notice@bkcylaw.com
     HILARY B. BONIAL   on behalf of Creditor   Litton Loan Servicing LP
   hbonial@nbsdefaultservices.com,   notice@bkcylaw.com
     JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
   philaecf@gmail.com
     KASSIA FIALKOFF   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
   Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1
   kfialkoff@duanemorris.com
     KASSIA FIALKOFF   on behalf of Creditor   Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
     KERI P EBECK   on behalf of Creditor   LSF9 Master Participation Trust kebeck@weltman.com,
   jbluemle@weltman.com
     KIMBERLY A. BONNER   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
   trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
   Mortgage Pass-Through Certificates, Series 2006-FF5 amps@manleydeas.com
     LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
     MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company, as
   Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust
   2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 mwaldt@milsteadlaw.com,
   bkecf@milsteadlaw.com
     MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company, et al...
   mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Aug 11, 2016
                             Form ID: pdf900          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    ROBERT CAPTAIN LEITE-YOUNG   on behalf of Debtor Delrose N. Irving rleite@rlmfirm.com,
    Bankruptcyhelp101@gmail.com
    SHERRI J. BRAUNSTEIN   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
    for Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1
    sbraunstein@udren.com,  vbarber@udren.com
    SHERRI J. BRAUNSTEIN   on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
    York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for
    C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003 sbraunstein@udren.com,
    vbarber@udren.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
    philaecf@gmail.com
    WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                       TOTAL: 27

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Delrose N. Irving aka Delrose Irving,

           Debtor

Chapter 13

Case No.: 11-10406-mdc

Select Portfolio Servicing, Inc. as servicing agent for
Deutsche Bank National Trust Company, as Trustee, in
trust for the registered certificate holders of First
Franklin Mortgage Loan Trust 2006-FF5, Mortgage
Pass-Through Certificates, Series 2006-FF5,

           Movant,

vs.

Delrose N. Irving aka Delrose Irving,

           Debtor / Respondent,

and

William C. Miller,

           Trustee / Respondent.

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 8,

2016 with regard to the above matter is APPROVED.

_Magdeline D. Coleman_    8/11/16

Hon. Magdeline D. Coleman, U.S.B.J.

200763-1