United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 11-10406-mdc
Delrose N. Irving                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 3              Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
```
db            +Delrose N. Irving,    1100 Fanshawe Street,    Philadelphia, PA 19111-4936
cr            +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
cr            +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid,
               6409 Congress Ave, Suite 100,    Boca Raton, FL 33487-2853
cr            +Litton Loan,   McCalla, Raymer, et al.,    Bankruptcy Department,    1544 Old Alabama Road,
               Roswell, GA 30076-2102
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX   75063)
cr            #+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
12400685      +BAC Home Loans Servicing LP,    Bankruptcy Department,    400 National Way,
               Mail Stop: CA6-919-01-23,    Simi Valley, CA 93065-6414
12675940       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12271171     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi Flex,    P O Box 183071,    Columbus, OH   43218)
12271170      +Chase Bank,   Card Member Services,    P O Box 15153,    Wilmington, DE 19886-5153
12312067       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12504737      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
12326828      +Department Stores National Bank/Visa,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
12604380      +Deutsche Bank Nat’l Trust,    c/o Ann Swartz, Esq,    700 Market Street, Ste 500,
               Phila., PA 19106-2312
13226600      +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
13698979       Deutsche Bank National Trust Company, as Trustee,    c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13666338      +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
12433989       Litton Loan Servicing LP,    P.O. Box 829009,    Dallas, TX 75382-9009
12271173       Ocwen Loan Servicing, LLC,    P O Box 6440,    Carol Stream, IL   60197-6440
12710645      +Wells Fargo Bank, N.A.,    Attention Bankruptcy Department,    3476 Stateview Blvd,
               MAC: X7801-014,    Fort Mill, South Carolina 29715-7203
12271174      +Wells Fargo Home Mortgage,    P O Box 10335,    Des Moines, IA 50306-0335
12347637       eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:20     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA   19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:59
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:42     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:03:21
               PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
12453705      +E-mail/Text: EBNProcessing@afni.com Sep 17 2016 02:08:21     Afni, Inc.,    PO BOX 3247,
               Bloomington, IL 61702-3247
12388556      +E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:09:20     City of Philadelphia Law Department,
               School District of Philadelphia,    1515 Arch Street 15th Fl Tax Unit,
               Philadelphia PA 19102-1501
12569781      +Fax: 407-737-5634 Sep 17 2016 03:07:07     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
               Suite #100,    West Palm Beach, FL 33409-6493
12291755      +Fax: 407-737-5634 Sep 17 2016 03:07:07     Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
               West Palm Beach, FL 33409-6493
12439147       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:21:00
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA   23541
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Citibank, N.A.,    701 East 60th Street North,    SIOUX FALLS, SD 57104-0493
cr*            Litton Loan Servicing LP,    PO Box 829009,    Dallas, TX   75382-9009
12472149*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank South Dakota NA,     Payment Center,    4740 121st St,
               Urbandale, IA 50323)
12271172*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citicard,    P O Box 182564,    Columbus, OH   43218)
13121624*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,     P O Box 619096,    Dallas, TX 75261-9741)
12355388*      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262
```

```
District/off: 0313-2          User: Antoinett             Page 2 of 3               Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW             Total Noticed: 31

12271169      ##+Bank Of America,    P O Box 15026,    Wilmington, DE 19850-5026
                                                                                      TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
          AMY JEAN GLASS    on behalf of Creditor    Ocwen Loan Servicing, LLC aglass2769@yahoo.com
          ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
           agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
           ecfmail@mwc-law.com,    ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
          CHANDRA M. ARKEMA    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com
          ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for The Bank
           of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank,
           National Association, as Trustee for C-BASS Mortgage Loan cblack@udren.com
          ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The
           Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase
           Bank, National Association, as Trustee for C-BASS mortgage cblack@udren.com
          ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
          HEATHER STACEY RILOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC heather@mvrlaw.com,
           Diane@mvrlaw.com
          HILARY B. BONIAL    on behalf of Creditor    Wells Fargo Bank, N.A. hbonial@nbsdefaultservices.com,
           notice@bkcylaw.com
          HILARY B. BONIAL    on behalf of Creditor    Litton Loan Servicing LP
           hbonial@nbsdefaultservices.com,    notice@bkcylaw.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          KASSIA  FIALKOFF    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1
           kfialkoff@duanemorris.com
          KASSIA  FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
          KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
           jbluemle@weltman.com
          KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
           Mortgage Pass-Through Certificates, Series 2006-FF5 amps@manleydeas.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
           Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust
           2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com

```
District/off: 0313-2          User: Antoinett              Page 3 of 3                   Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW              Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        ROBERT CAPTAIN LEITE-YOUNG   on behalf of Debtor Delrose N. Irving rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com

        SHERRI J. BRAUNSTEIN   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003 sbraunstein@udren.com, vbarber@udren.com

        SHERRI J. BRAUNSTEIN   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1 sbraunstein@udren.com,  vbarber@udren.com

        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com

        TOTAL: 27

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Delrose N. Irving

    Debtor(s)

Bankruptcy No: 11−10406−mdc

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/16/16

202 − 200
Form 138_new