United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Delrose N. Irving
    Debtor

Case No. 11-10406-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Sep 16, 2016
                      Form ID: 212       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
db            +Delrose N. Irving,    1100 Fanshawe Street,    Philadelphia, PA 19111-4936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:
           ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
           AMY JEAN GLASS    on behalf of Creditor    Ocwen Loan Servicing, LLC aglass2769@yahoo.com
           ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
           ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company, et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
           ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, et al... ecfmail@mwc-law.com, ecfmail@mwc-law.com
           CELINE P. DERKRIKORIAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
           CHANDRA M. ARKEMA    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com
           ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-BASS mortgage cblack@udren.com
           ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
           ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-BASS Mortgage Loan cblack@udren.com
           HEATHER STACEY RILOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC heather@mvrlaw.com, Diane@mvrlaw.com
           HILARY B. BONIAL    on behalf of Creditor    Wells Fargo Bank, N.A. hbonial@nbsdefaultservices.com, notice@bkcylaw.com
           HILARY B. BONIAL    on behalf of Creditor    Litton Loan Servicing LP hbonial@nbsdefaultservices.com, notice@bkcylaw.com
           JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
           KASSIA  FIALKOFF    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1 kfialkoff@duanemorris.com
           KASSIA  FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
           KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com, jbluemle@weltman.com
           KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 amps@manleydeas.com
           LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
           MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
           MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, et al... mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                   Date Rcvd: Sep 16, 2016
                              Form ID: 212               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          ROBERT CAPTAIN LEITE-YOUNG   on behalf of Debtor Delrose N. Irving rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com
          SHERRI J. BRAUNSTEIN   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1 sbraunstein@udren.com, vbarber@udren.com
          SHERRI J. BRAUNSTEIN   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003 sbraunstein@udren.com, vbarber@udren.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                   TOTAL: 27

Case 11-10406-mdc    Doc 204    Filed 09/18/16    Entered 09/19/16 01:11:16    Desc
Imaged Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                    Chapter: 13

    Delrose N. Irving

Debtor(s)                                                                 Case No: 11–10406–mdc

_____

*ORDER*

    AND NOW, 9/16/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Magdeline D. Coleman

    Judge ,United States Bankruptcy Court