United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 11-10406-mdc
Delrose N. Irving                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Oct 21, 2016
                              Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db             +Delrose N. Irving,    1100 Fanshawe Street,    Philadelphia, PA 19111-4936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
              AMY JEAN GLASS    on behalf of Creditor    Ocwen Loan Servicing, LLC aglass2769@yahoo.com
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
              CHANDRA M. ARKEMA    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com
              ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase
               Bank, National Association, as Trustee for C-BASS mortgage cblack@udren.com
              ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
              ELANA BROOKE FLEHINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for The Bank
               of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank,
               National Association, as Trustee for C-BASS Mortgage Loan cblack@udren.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC heather@mvrlaw.com,
               Diane@mvrlaw.com
              HILARY B. BONIAL    on behalf of Creditor    Wells Fargo Bank, N.A. hbonial@nbsdefaultservices.com,
               notice@bkcylaw.com
              HILARY B. BONIAL    on behalf of Creditor    Litton Loan Servicing LP
               hbonial@nbsdefaultservices.com,    notice@bkcylaw.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KASSIA   FIALKOFF    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1
               kfialkoff@duanemorris.com
              KASSIA   FIALKOFF    on behalf of Creditor    Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
              KERI P EBECK    on behalf of Creditor    LSF9 Master Participation Trust kebeck@weltman.com,
               jbluemle@weltman.com
              KIMBERLY A. BONNER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
               Mortgage Pass-Through Certificates, Series 2006-FF5 amps@manleydeas.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust
               2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com

```
District/off: 0313-2          User: Antoinett             Page 2 of 2              Date Rcvd: Oct 21, 2016
                              Form ID: 195                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Delrose N. Irving rleite@rlmfirm.com, Bankruptcyhelp101@gmail.com
         SHERRI J. BRAUNSTEIN    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1 sbraunstein@udren.com, vbarber@udren.com
         SHERRI J. BRAUNSTEIN    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003 sbraunstein@udren.com, vbarber@udren.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                               TOTAL: 27

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Delrose N. Irving : Case No. 11−10406−mdc
    Debtor(s)

***ORDER***
_____

   AND NOW, this day , 21st day of October, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

207
Form 195