United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-10406-mdc
Delrose N. Irving                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Oct 21, 2016
                              Form ID: 3180W           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db             +Delrose N. Irving,    1100 Fanshawe Street,    Philadelphia, PA 19111-4936
13226600       +Deutsche Bank National Trust Company, a,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13698979        Deutsche Bank National Trust Company, as Trustee,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13666338       +LSF9 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13121624       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    P O Box 619096,    Dallas, TX 75261-9741)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 22 2016 02:18:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2016 02:17:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2016 02:18:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12453705       +EDI: AFNIRECOVERY.COM Oct 22 2016 01:53:00     Afni, Inc.,    PO BOX 3247,
                 Bloomington, IL 61702-3247
12400685       +EDI: BANKAMER.COM Oct 22 2016 01:53:00     BAC Home Loans Servicing LP,    Bankruptcy Department,
                 400 National Way,    Mail Stop: CA6-919-01-23,    Simi Valley, CA 93065-6414
12504737       +EDI: CITICORP.COM Oct 22 2016 01:53:00     Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
12388556       +E-mail/Text: bankruptcy@phila.gov Oct 22 2016 02:18:57     City of Philadelphia Law Department,
                 School District of Philadelphia,    1515 Arch Street 15th Fl Tax Unit,
                 Philadelphia PA 19102-1501
12326828       +EDI: TSYS2.COM Oct 22 2016 01:53:00     Department Stores National Bank/Visa,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
12569781       +Fax: 407-737-5634 Oct 22 2016 02:54:44     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    West Palm Beach, FL 33409-6493
12291755       +Fax: 407-737-5634 Oct 22 2016 02:54:44     Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
                 West Palm Beach, FL 33409-6493
12439147        EDI: PRA.COM Oct 22 2016 01:53:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA   23541
12347637        EDI: ECAST.COM Oct 22 2016 01:53:00      eCAST Settlement Corporation, assignee,
                 of Citibank (South Dakota), N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12355388*      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: Oct 21, 2016
                              Form ID: 3180W           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:

        ALEXANDRA T. GARCIA   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
        AMY JEAN GLASS   on behalf of Creditor   Ocwen Loan Servicing, LLC aglass2769@yahoo.com
        ANDREW SPIVACK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
        ANDREW F GORNALL   on behalf of Creditor   Deutsche Bank National Trust Company, et al...
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        ANN E. SWARTZ   on behalf of Creditor   Deutsche Bank National Trust Company, et al...
ecfmail@mwc-law.com, ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
for the Certificateholders of the Vendee Mortgage Trust 2010-1 ecfmail@mwc-law.com
        CHANDRA M. ARKEMA   on behalf of Creditor   Ocwen Loan Servicing, LLC pabk@logs.com
        ELANA BROOKE FLEHINGER   on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for The Bank
of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank,
National Association, as Trustee for C-BASS Mortgage Loan cblack@udren.com
        ELANA BROOKE FLEHINGER   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for The
Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase
Bank, National Association, as Trustee for C-BASS mortgage cblack@udren.com
        ELANA BROOKE FLEHINGER   on behalf of Creditor   Ocwen Loan Servicing, LLC cblack@udren.com
        HEATHER STACEY RILOFF   on behalf of Creditor   Ocwen Loan Servicing, LLC heather@mvrlaw.com,
Diane@mvrlaw.com
        HILARY B. BONIAL   on behalf of Creditor   Wells Fargo Bank, N.A. hbonial@nbsdefaultservices.com,
notice@bkcylaw.com
        HILARY B. BONIAL   on behalf of Creditor   Litton Loan Servicing LP
hbonial@nbsdefaultservices.com, notice@bkcylaw.com
        JACQUELINE M. CHANDLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
philaecf@gmail.com
        KASSIA FIALKOFF   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1
kfialkoff@duanemorris.com
        KASSIA FIALKOFF   on behalf of Creditor   Ocwen Loan Servicing, LLC kfialkoff@duanemorris.com
        KERI P EBECK   on behalf of Creditor   LSF9 Master Participation Trust kebeck@weltman.com,
jbluemle@weltman.com
        KIMBERLY A. BONNER   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
trust for the registered certificate holders of First Franklin Mortgage Loan Trust 2006-FF5,
Mortgage Pass-Through Certificates, Series 2006-FF5 amps@manleydeas.com
        LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company, et al...
mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Deutsche Bank National Trust Company, as
Trustee, in trust for the registered certificate holders of First Franklin Mortgage Loan Trust
2006-FF5, Mortgage Pass-Through Certificates, Series 2006-FF5 mwaldt@milsteadlaw.com,
bkecf@milsteadlaw.com
        ROBERT CAPTAIN LEITE-YOUNG   on behalf of Debtor Delrose N. Irving rleite@rlmfirm.com,
Bankruptcyhelp101@gmail.com
        SHERRI J. BRAUNSTEIN   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
York as successor in interest to JPMorgan Chase Bank, National Association, as Trustee for
C-BASS Mortgage Loan Asset-Backed Certificates, Series 2003 sbraunstein@udren.com,
vbarber@udren.com
        SHERRI J. BRAUNSTEIN   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
for Soundview Home Loan Trust 2006-NLC1, Asset-Backed Certificates, Series 2006-NLC1
sbraunstein@udren.com, vbarber@udren.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
philaecf@gmail.com
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 27

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Delrose N. Irving** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−1498** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **11−10406−mdc** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Delrose N. Irving
aka Delrose Irving

10/20/16          **By the court:**    Magdeline D. Coleman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**